IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| WALLIS ROBERTSON, | ) | CV 09-45-M-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LOWE'S HIW, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the parties' Stipulation for Dismissal filed on April 1, 2010,

IT IS HEREBY ORDERED that this action is DISMISSED WITH

PREJUDICE as fully and finally settled on the merits, and each party shall bear its

-1-

own costs and attorney's fees;

IT IS FURTHER ORDERED that this case is CLOSED.

DATED this 13th day of April, 2010.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT